MARY T. TAYLOR v. STATE OF NEW JERSEY, DEPARTMENT
OF CORRECTIONS, YOUTH CORRECTION
INSTITUTE–BORDENTOWN.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY CAMP.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES FAZZARI.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD J. BINDHAMMER.

July 6, 1983.

Petition for certification denied.